1

2

3

4

5

6

7

8      **IN THE UNITED STATES DISTRICT COURT**

9      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     JOHN A. JOHNSON,                          No. CIV S-08-0132-MCE-CMK-P

12            Plaintiff,

13        vs.                                     ORDER

14     ARNOLD SCHWARZENEGGER, et al.,

15            Defendants.

16     _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18     to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19     pauperis (Doc. 2).  Plaintiff's complaint will be addressed separately.

20            Plaintiff has submitted a declaration that makes the showing required by 28

21     U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22            Accordingly, IT IS HEREBY ORDERED that:

23            1.      Plaintiff's motion for leave to proceed in forma pauperis is granted;

24            2.      Plaintiff is required to pay the full statutory filing fee of $350.00 for this

25     action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26     / / /

1

1    3.    An initial partial filing fee of $11.51 will be assessed by this order

2  pursuant to 28 U.S.C. § 1915(b)(1);

3    4.    By separate order, the court will direct the appropriate agency to collect

4  the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;

5  and

6    5.    Thereafter, plaintiff will be obligated for monthly payments of twenty

7  percent of the preceding month's income credited to plaintiff's prison trust account, such

8  payments to be forwarded by the appropriate agency to the Clerk of the Court each time the

9  amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant

10  to 28 U.S.C. § 1915(b)(2).

11

12    DATED: April 4, 2008

13

14    _____
     **CRAIG M. KELLISON**
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26