IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. JOHNSON,                                    No. CIV S-08-0132-MCE-CMK-P

    Plaintiff,

  vs.                                                             ORDER

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a complaint alleging that the State of California, including Governor Schwarzenegger, has erroneously applied state law that has him confined him to a life sentence. Plaintiff is asking for declaratory relief pursuant to 28 U.S.C. §§ 2201, 2202. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

        On October 7, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.

/ / /

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2  304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire
3  file, the court finds the findings and recommendations to be supported by the record and by
4  proper analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6  1. The findings and recommendations filed October 7, 2008, are adopted in
7  full;
8  2. Plaintiff's complaint is dismissed, without prejudice, for whatever relief
9  plaintiff may have sounding in habeas; and
10  3. The Clerk of the Court is directed to enter judgment and close this case.

Dated: November 14, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2